UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

SABIN GREGORY BARENDT,       )
                             )
              Plaintiff,        )    3:08-cv-00161-LRH-RAM
                             )
v.                           )
                             )    O R D E R
GIBBONS, et al.,             )
                             )
              Defendants.       )
_____)

       Before this Court is Report and Recommendation of U.S. Magistrate Robert A. McQuaid, Jr. (#36) entered on June 4, 2009, recommending denying Plaintiff's Motion for Preliminary Injunction (#21) filed on January 23, 2009. Plaintiff filed his Objection to Magistrate's Report and Recommendation (#38) on June 17, 2009, and Defendants filed their Opposition to Objection to Magistrate's Report and Recommendation (#40) on June 25, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

       The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#36) entered on June 4, 2009, should be adopted and accepted.

       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

(#36) entered on June 4, 2009, is adopted and accepted, and Plaintiff's Motion for Preliminary Injunction (#21) is DENIED.

IT IS SO ORDERED.

DATED this 10th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE