UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| SABIN GREGORY BARENDT,          )<br>                                              )<br>             Plaintiff,                     )<br>                                              )<br>v.                                            )<br>                                              )<br>JIM GIBBONS, et al.,                 )<br>                                              )<br>             Defendants.               )<br>_____) | 3:08-cv-00161-LRH-RAM<br><br>O R D E R |

Before this Court is Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr. (#80[1]) entered on February 11, 2010, recommending granting Defendants' Motion for Summary Judgment (#44) filed on July 8, 2009, and denying Plaintiff's Motion for Summary Judgment (#43) filed on July 2, 2009. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#81) on March 2, 2010, Defendants filed their Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#82) on March 10, 2010, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

---

[1]Refers to court's docket number.

to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#80) entered on February 11, 2010, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#80) entered on February 11, 2010, is adopted and accepted, and Defendants' Motion for Summary (#44) is GRANTED and Plaintiff's Motion for Summary Judgment (#43) is DENIED.

The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 30th day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE