# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SABIN GREGORY BARENDT, ) | |
| ) | 3:08-cv-00161-LRH-RAM |
| Plaintiff/Appellant, ) | |
| ) | **MINUTE ORDER** |
| vs. ) | |
| ) | March 28, 2012 |
| JIM GIBBONS, *et al.*, ) | |
| ) | |
| Defendants/Appellees. ) | |
| ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Vacate Order on Mandate (#99[1]) in which Plaintiff indicates that the Ninth Circuit, after issuing a March 8, 2012 mandate, issued an order on March 14, 2012, recalling the mandate as issued in error. Good cause appearing,

IT IS ORDERED that the order on mandate (#98) filed on March 12, 2012, is hereby **VACATED**.

IT IS FURTHER ORDERED that Plaintiff's Motion to Vacate Order on Mandate (#99) is **DENIED** as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk

---

[1] Refers to court's docket number.